THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest of Corey C., A Minor Under The Age Of Seventeen, Appellant.
 
 
 

Appeal From Dillon County
 Jamie Lee Murdock, Jr., Family Court Judge

Unpublished Opinion No. 2007-UP-181
Submitted April 2, 2007  Filed April 18, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, South Carolina Commission of Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Jay E. Hodge, Jr.,  of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Corey C. appeals her adjudication of delinquency on charges of simple assault and battery.  Her counsel contends there was insufficient evidence to find her guilty of the charges.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HUFF, BEATTY and WILLIAMS, JJ. concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.